UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL SYSTEMS GROUP, INC., | ECF CASE |
| *Plaintiff*, | No. 21-CV-6301 |
| - against- | **RULE 7.1 STATEMENT** |
| SETH CARMICHAEL, CARMICHAEL GALLERY, LLC, and JOHN DOE, | |
| *Defendants*. | |

Pursuant to FED. R. CIV. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff International Systems Group, Inc. (a private non-governmental party) certifies the following are corporate parents, affiliates, and/or subsidiaries of said party:

None.

Dated: New York, New York
2021-July-23

**OLSOFF | CAHILL| COSSU LLP**

By:  */s/ Paul Cossu*
Paul Cossu
John R. Cahill
Aimée Scala
3 Water Street
Ellenville NY 12428
212-719-4400

*Attorneys for Plaintiff*
*International Systems Group, Inc*