

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INTERNATIONAL SYSTEMS GROUP, INC.,

        Plaintiff,

   -against-

SETH CARMICHAEL, CARMICHAEL GALLERY,
LLC, and JOHN DOE

        Defendants.
-----------------------------------------------------------X

Civil Action No. 21-CV-6301

AFFIDAVIT OF SERVICE

STATE OF FLORIDA  )
        S.S.:
COUNTY OF LEON  )

**CHRISTOPHER COMPTON**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

That on the 27th day of August, 2021, at approximately 12:00 p.m., deponent served a true copy of the **COVER LETTER; two true copies of the SUMMONS IN A CIVIL ACTION and COMPLAINT; and AFFIDAVIT OF ATTEMPTS** upon **CARMICHAEL GALLERY, LLC** c/o FL Secretary of State at 2415 N. Monroe Street, Suite 810, Tallahassee, FL 32303, by personally delivering and leaving the same with **BRADLEY BEECH**, who informed deponent that he is an Employee at the Florida Secretary of State and is authorized to receive service at that address.

**BRADLEY BEECH** is a white male, approximately 20+ years of age, stands approximately 6 feet 4 inches tall, and weighs approximately 190 pounds with brown hair.

_____
CHRISTOPHER COMPTON

Sworn to before me this
2 day of September, 2021

_____
NOTARY PUBLIC

ALLISON NICOLE COURT
Commission # HH 130020
Expires May 19, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

D.L.S., Inc.
401 Broadway
Suite 510
New York, NY 10013
212-925-1220
www.dlsnational.com