# OLSOFF | CAHILL | COSSU LLP

110 WEST 40TH STREET
New York, NY 10018

2021-November-12

**BY ECF**

Hon. Paul G. Gardephe
United States District Court Judge
40 Foley Square, Courtroom 705
New York, New York 10007

Re: *International Systems Group, Inc. v. Carmichael, et al*; No. 21-CV-6301 (the "Action")

Dear Judge Gardephe:

We are counsel for Plaintiff International Systems Group, Inc. ("Plaintiff"). We write jointly with counsel for Defendant Carmichael Gallery (the "Defendant Gallery") to advise the Court that Magistrate Judge Aaron has scheduled a settlement conference in the above-referenced matter for December 9th at 2:00pm. As Your Honor previously scheduled the next status conference for December 9th at 10:45am, we respectfully request that the status conference be adjourned until the following the week, so that the parties can report back to the Court on whether the settlement conference was successful.

Respectfully submitted,

Paul Cossu

cc:  All counsel of record (via ECF)

MEMO ENDORSED

The conference in this matter currently scheduled for December 9, 2021 is adjourned to December 16, 2021 at 10:15 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

November 16, 2021