# MAZZOLA LINDSTROM LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021

December 1, 2021

**Via ECF**

Hon. Paul G. Gardephe
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. The settlement conference scheduled for December 9, 2021 is adjourned *sine die*. No later than December 15, 2021, the parties shall file a joint letter regarding that status of settlement. SO ORDERED.

Dated: December 1, 2021

Re: *International Systems Group, Inc. v. Seth Carmichael, Carmichael Gallery, LLC, et al.*
Index No.: 21-CV-6301-PGG

Dear Judge Gardephe and Magistrate Judge Aaron:

We write jointly in behalf of plaintiff International Systems Group, Inc. and defendant Carmichael Gallery LLC requesting a four-week adjournment of the settlement conference scheduled for December 9, 2021 with Magistrate Judge Aaron, and the status teleconference with Judge Gardephe scheduled for December 16, 2021. This is the first request to adjourn the settlement conference and second request to adjourn the status conference.

The parties have exchanged settlement offers pursuant to Magistrate Judge Aaron's Settlement Conference Procedures. The parties have a tentative outline of settlement terms and might come to a resolution without the aid of the court. We need some time to manage logistics with third parties to confirm acceptance of the deal terms. In the interest of judicial economy, we therefore ask for an adjournment of the conferences. At the court's direction, the parties can provide both chambers with an update in two weeks' time should the conferences need to be scheduled.

We appreciate the court's consideration of this request

Very truly yours,
Mazzola Lindstrom LLP

Hanoch Sheps

To: *All counsel of record via ECF*